LAW OFFICE OF

# DOREA SILVERMAN

80 BROAD STREET, SUITE 1900
NEW YORK, NY 10004
T. 917.863.9905
F. 212.954.5433
DOREA@DOREASILVERMANLAW.COM

September 15, 2021

**By ECF**



Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

>      Re:    *United States v. Paul Yaw Osei, Jr.*, 20 Cr. 3 (KPF)
>             Consent Request to Adjourn Sentencing

Dear Judge Failla:

   Bradley Henry and I represent Paul Yaw Osei, Jr. in the above-referenced matter.  I write to respectfully request a 60-day adjournment of Mr. Osei's sentencing, which is currently scheduled for September 29, 2021. The additional time is needed to allow counsel to obtain records and other materials pertinent to Mr. Osei's sentencing. The undersigned is currently caring for a family member with a serious medical issue and seeks this longer-than-standard adjournment period to ensure that Mr. Osei's sentencing submission is comprehensive and complete.

   This is Mr. Osei's first request for an adjournment of sentencing and the Government does not object to the request.

>                      Respectfully submitted,
>
>                       /s/ Dorea Silverman
>                      Bradley Henry
>                      Dorea Silverman
>                      *Attorneys for Paul Yaw Osei, Jr.*

cc:    Alexander Li
       Thomas S. Burnett
       Assistant United States Attorneys

Application GRANTED.

The Court sends its condolences.  The September 29, 2021 sentencing in this matter is ADJOURNED to **December 15, 2021, at 3:30 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 226.


Dated:   September 17, 2021                SO ORDERED.
         New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE