LAW OFFICE OF
**DOREA SILVERMAN**

80 BROAD STREET, SUITE 1900
NEW YORK, NY 10004
T. 917.863.9905
F. 212.954.5433
DOREA@DOREASILVERMANLAW.COM

January 21, 2022

**By ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *United States v Paul Yaw Osei, Jr.*, 20 Cr. 3 (KPF)
Unopposed Request to Adjourn Sentencing

Dear Judge Failla:

Bradley Henry and I represent Paul Yaw Osei, Jr. in the above-referenced matter. I write to respectfully request an additional three-week adjournment of Mr. Osei's sentencing, which is currently scheduled for January 28, 2022. The adjournment is needed to allow counsel to continue to collect certain materials pertinent to Mr. Osei's sentencing and to allow Mr. Osei and his family members to coordinate travel from Maryland to New York in order to attend the proceeding. I have spoken to AUSA Alexander Li and the Government does not object to the requested adjournment.

Respectfully submitted,

  /s/ Dorea Silverman
Bradley Henry
Dorea Silverman
*Attorneys for Paul Yaw Osei, Jr.*

cc:   Alexander Li
      Thomas S. Burnett
      Assistant United States Attorneys

Application GRANTED.

The sentencing in this matter is ADJOURNED to **April 13, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 321.

Dated:  January 21, 2022
        New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE